MARGARET A. MCLETCHIE, Nevada Bar No. 10931
LEO S. WOLPERT, Nevada Bar No. 12658
**MCLETCHIE LAW**
602 South Tenth Street
Las Vegas, NV 89101
Telephone: (702) 728-5300
Fax: (702) 425-8220
Email: maggie@nvlitigation.com
*Counsel for Plaintiff*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| ROY TROST also known as DAISY LYNN MEADOWS,<br><br>Plaintiff,<br>vs.<br><br>TASHEENA COOKE, et. al.<br><br>Defendants | **Case. No.:** 3:22-cv-00320-ART-CLB<br><br>**ORDER TO EXTEND DEADLINE TO FILE JOINT STIPULATION** |

Plaintiff ROY TROST aka DAISY LYNN MEADOWS, by and through her attorneys of record, McLetchie Law Group, PLLC and Defendants, Nevada Board of Prison Commissioners et. al., by and through their attorney of record, hereby stipulate as follows:

### **WHEREAS:**

1. On August 26, 2022, McLetchie Law was appointed counsel for Plaintiff in Case No. 3:22-cv-00214-ART-CSD. (ECF No. 63.)

2. On August 31, 2022, the Court ordered Plaintiff to file a second amended complaint on or before November 1, 2022 in Case No. 3:22-cv-00214-ART-CSD. (ECF No. 64.)

3. On October 5, 2022, the Honorable Carla Baldwin, U.S. Magistrate Judge, held a hearing in the instant matter.

4. At the October 5, 2022, hearing, the Court expressed interest in consolidating the following actions pending before this Court with the instant matter:

- Case No. 3:22-cv-0205-ART-CLB;

1

1. • Case No. 3:22-cv-00214-ART-CSD; and
2. • Case No. 3:22-cv-00369-ART-CSD.

5. At the October 5, 2022, hearing, Ms. McLetchie represented that she would need to review the cases to determine whether she can represent a (co)plaintiff in these matters, Justin Mendoza, aka Amber Renee Meadows, and obtain consent from both clients.

6. The Court set a status check in Case No. 3:22-cv-00320-ART-CLB for November 18, 2022, to determine whether the plaintiffs agreed to joint representation by Ms. McLetchie.

7. At the November 18, 2022, status check, Ms. McLetchie represented that she had spoken with the plaintiffs, and they agreed to joint representation in Case Nos.: 3:22-cv-00205-ART-CLB, 3:22-cv-00214-ART-CSD, 3:22-cv-00320-ART-CLB, and 3:22-cv-00369-ART-CSD; However, not in Case No. 3:22- cv-00383-MMD-CLB. Ms. McLetchie further represented that she was awaiting the signed retainer agreement from the plaintiffs.

8. The Court ordered counsel for Plaintiff to file a joint stipulation to consolidate all cases into Case No.: 3:22-cv-00205-ART-CLB, to address the dismissal of the other three (3) cases, a deadline to file the amended complaint, a discovery plan and scheduling order, and an agreement regarding mediation, on or before December 19, 2022, in Case No: 3:22-cv-00205-ART-CLB. (ECF No. 68).

9. Ms. McLetchie still has not received the signed retainer agreements from the plaintiffs.

///
///
///
///
///
///
///
///

## STIPULATION

10. In light of the above, all parties hereby stipulate and agree to extend the current deadline for Plaintiff to submit the joint stipulation to consolidate all cases into Case No.: 3:22-cv-00205-ART-CLB, to address the dismissal of the other three (3) cases, a deadline to file the amended complaint, a discovery plan and scheduling order, and an agreement regarding mediation from December 19, 2022, by thirty (30) days, until January 19, 2023.

IT IS SO STIPULATED.

DATED this 19th day of December, 2022

MCLETCHIE LAW

/s/ Margaret A. McLetchie
Margaret A. McLetchie, Esq.
Nevada Bar No. 10931
Leo S. Wolpert, Esq.
Nevada Bar No. 12658
602 South Tenth St.
Las Vegas, Nevada 89101
*Attorney for Plaintiff*

DATED this 19th day of December, 2022

AARON D. FORD, Attorney General

/s/ Douglas R. Rands
Douglas R. Rands
100 N. Carson Street
Carson City, Nevada 89701
(775) 684-1150
drands@ag.nv.gov
D. Randall Gilmer
555 E. Washington St., Ste. 2600
Las Vegas, Nevada 89101
(702) 486-3774
drgilmer@ag.nv.gov
*Attorneys for Defendants*

## ORDER

IT IS SO ORDERED this 19th day of December, 2022.

_____
UNITED STATES MAGISTRATE JUDGE

3